IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

REGENIAL CLIFFORD WARD,                    1:06-CV-00416 AWI LJO P

          Plaintiff,

    vs.                                                       ORDER TO SUBMIT APPLICATION
                                                                  TO PROCEED IN FORMA PAUPERIS
K. MENDOZA-POWERS, et al.,                     **OR**  FILING FEE


          Defendants.
    _____/

        Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Plaintiff has not paid the $350.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

        1.  The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

        2.  Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis, or in the alternative, pay the $350.00 filing fee for this action.   Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:**    **April 28, 2006**                              **/s/ Lawrence J. O'Neill**
i0d3h8                                                            UNITED STATES MAGISTRATE JUDGE