UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENIAL WARD,<br><br>        Plaintiff,<br><br>   vs.<br><br>KATHY MENDOZA-POWERS, et al.,<br><br>        Defendants.<br>_____/ | 1:06-cv-00416-AWI-NEW (DLB) PC<br><br>**ORDER ADOPTING FINDINGS AND RECOMMENDATIONS** (Doc. 12)<br><br>**ORDER DISMISSING ACTION, WITH PREJUDICE, FOR FAILURE TO OBEY A COURT ORDER AND FAILURE TO STATE A CLAIM UPON WHICH RELIEF MAY BE GRANTED** (Doc. 11)<br><br>**ORDER THAT THIS DISMISSAL COUNTS AS A STRIKE PURSUANT TO 28 U.S.C. § 1915(G)** |

    Plaintiff Regenial Ward ("plaintiff"), a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

    On February 2, 2007, the Magistrate Judge filed a Findings and Recommendations herein which was served on plaintiff and which contained notice to plaintiff that any objection to the Findings and Recommendations was to be filed within twenty days. To date, plaintiff has not filed any objection to the Magistrate Judge's

1 Findings and Recommendations.[1]

2 In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a de novo review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The Findings and Recommendations, filed February 2, 2007, is ADOPTED IN FULL;

2. This action is DISMISSED, with prejudice, for plaintiff's failure to obey the court's order of December 15, 2006, and for failure to state a claim upon which relief may be granted; and

3. This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:   April 11, 2007**                    /s/ Anthony W. Ishii
                                        UNITED STATES DISTRICT JUDGE

---

[1] Plaintiff filed a notice of appeal on February 20, 2007. Although the filing of a notice of appeal generally divests a district court of jurisdiction to determine the "substantial rights" at issue in an action during the pendency of the appeal, Pyrodyne Corp. v. Pyrotronics Corp., 847 F. 2d 1398, 1403 (9th Cir. 1988), an exception to this rule exists where a deficiency in the notice of appeal "is clear to the district court." Ruby v. Secretary of the United States Navy, 365 F. 2d 385, 389 (9th Cir. 1966). In such a case the district court may proceed with the case "knowing that it has not been deprived of jurisdiction." Id. Because it is completely "clear to the district court" that no appeal lies from a Magistrate Judge's Findings and Recommendations, this Court knows "that it has not been deprived of jurisdiction" over this action, and may consider the Findings and Recommendations.

2