# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENIAL WARD,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>K. MENDOZA-POWERS, et al.,<br><br>　　　　　Defendants.<br>_____/ | CASE NO. 1:06-cv-00416-AWI-NEW (DLB) PC<br><br>ORDER DISREGARDING UNTIMELY OBJECTION<br><br>(Doc. 20) |

　　　Plaintiff Regenial Ward ("plaintiff") is a state prisoner who was proceeding pro se and in forma pauperis in this civil rights action pursuant to 42 U.S.C. § 1983. On February 2, 2007, then-Magistrate Judge Lawrence J. O'Neill issued a Findings and Recommendations ("F&R") recommending dismissal of this action. Plaintiff was provided with thirty days within which to file an Objection. More than sixty days later, on April 12, 2007, the undersigned issued an Order adopting the F&R and dismissing this action. On April 23, 2007, plaintiff filed an Objection to the F&R.

　　　The Objection, which sets forth nothing more than a bare statement of objection, was untimely filed and was received by the Court after this action was dismissed. Accordingly, the Objection is HEREBY DISREGARDED.

IT IS SO ORDERED.

**Dated:　May 10, 2007**　　　　　　　　　　　　／s/ Anthony W. Ishii
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE

1