UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| REGENIAL CLIFFORD WARD,<br><br>Plaintiff - Appellant,<br><br>v.<br><br>K. MENDOZA-POWERS; et al.,<br><br>Defendants - Appellees. | No. 07-15836<br>D.C. No. CV-06-00416-AWI<br><br>**ORDER** |

FILED
JUN 15 2007
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____ DEPUTY CLERK

This appeal has been taken in good faith  [ ✓ ]

This appeal is not taken in good faith      [ ]

Explanation: _____

_____

_____

_____

_____
Judge
United States District Court

Date: 6-5-07

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

May 30, 2007

| | |
|---|---|
| REGENIAL CLIFFORD WARD,<br><br>  Plaintiff - Appellant,<br><br>v.<br><br>K. MENDOZA-POWERS; et al.,<br><br>  Defendants - Appellees. | No.  07-15836<br>D.C. No.  CV-06-00416-AWI<br><br><br>**REFERRAL NOTICE** |

    This matter is referred to the district court for the limited purpose of determining whether this appeal has been taken in good faith or is frivolous. *See* 28 USC Sec. 1915(a)(3).

    If the district court is of the opinion that this appeal is frivolous or not taken in good faith, the district court is requested to complete the attached certification form and return it to this court within 21 days. If this court does not receive a completed certification form within 21 days, it will presume that the district court considers the appeal to have been taken in good faith.

    This referral shall not affect the briefing schedule previously established by this court.

FOR THE COURT:

Cathy A. Catterson
Clerk of Court

*Joe Williams*
By: Joe Williams
Deputy Clerk